UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICARDO GIST,

       Plaintiff,                          Civil Action No. 12-13639
                                               HON. BERNARD A. FRIEDMAN
vs.

CITIMORTGAGE, INC., et al.,

       Defendants.
_____/


# **J U D G M E N T**

The Court has granted defendants' motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.  Costs to be permitted in accordance with law.

                                              DAVID J. WEAVER
                                              CLERK OF COURT


                                              By:__ Carol L. Mullins__
                                                    Deputy Clerk


July 9, 2013


Approved:__s/ Bernard A. Friedman__
        BERNARD A. FRIEDMAN
        U.S. DISTRICT JUDGE